N.C. STATE BAR v. WHITTED

No. 581A86.

Case below: 82 N.C. App. 531.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 November 1986.

OWENSBY v. OWENSBY

No. 548P86.

Case below: 82 N.C. App. 301.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

PICKRELL v. MOTOR CONVOY, INC.

No. 562PA86.

Case below: 82 N.C. App. 238.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1986.

PRINCE v. MALLARD LAKES ASSN.

No. 533P86.

Case below: 82 N.C. App. 431.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

QUEENSBORO STEEL CORP. v. EAST COAST MACHINE & IRON WORKS

No. 527P86.

Case below: 82 N.C. App. 182.

Petition by defendant (Trust Company) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.